United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE C. HERNANDEZ,<br>"Petitioner,"<br><br>v.<br><br>ERIC GUERRERO, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Divisions,<br>"Respondent." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:25-cv-00369 |

## ORDER

Before the Court are Petitioner's "Complaint for a Civil Case" (Dkt. No. 1) ("Petition"), Petitioner's "Motion to Vacate Plea of Guilt" (Dkt. No. 2) ("Motion"), and the Magistrate Judge's "Report and Recommendation Denying Petition" (Dkt. No. 27) ("R&R").

The R&R recommends this Court (1) deny the Petition (Dkt. No. 1) without prejudice; (2) deny Petitioner's Motion (Dkt. No. 2); and (3) decline to issue a certificate of appealability. Dkt. No. 27 at 5.

The R&R was published July 16, 2026. Dkt. No. 27. Service on Petitioner was docketed July 20, 2026, *see* Dkt. No. 29, and objections to the R&R were due August 3, 2026. No objections have been filed. The Court thus reviews the R&R's conclusions for plain error. See *Guillory v. PPG Indus*., 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Court **ADOPTS the R&R** (Dkt. No. 27). The Petition (Dkt. No. 1) is **DENIED without prejudice**. The Court further **DENIES** Petitioner's Motion (Dkt. No. 2) and **DECLINES** to issue a certificate of appealability. The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this August 4, 2026

Rolando Olvera
United States District Judge